PFE/WRM: OCT. 2023
GJ#4

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>SOUTHERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Case No. |
| ) | |
| **JORDAN JAMAAD MCCANN** ) | |

## <u>INDICTMENT</u>

<u>COUNT ONE:</u> **[21 U.S.C. §§ 841(a)(1), (b)(1)(C), and (b)(1)(D)]**

The Grand Jury charges that:

On or about the 9th day of February 2023, in Jefferson County, within the Northern District of Alabama, and elsewhere, the defendant,

**JORDAN JAMAAD MCCANN**,

did knowingly and intentionally possess with intent to distribute a controlled substance, such offense involving a mixture or substance containing a detectable amount of cocaine and a mixture or substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and a mixture or substance containing a detectable amount of marijuana, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

## COUNT TWO: [18 U.S.C. § 924(c)(1)(A)]

The Grand Jury charges that:

On or about the 9th day of February 2023, in Jefferson County, within the Northern District of Alabama, the defendant,

**JORDAN JAMAAD MCCANN**,

knowingly used and carried a firearm, that is, a **Glock 9mm pistol, serial number BEXH901, and a Glock 9mm pistol, serial number BKRE442, and a Troy West Springfield, AR variant pistol**, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, the drug trafficking crime alleged in Count One of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

A TRUE BILL

*/s/Electronic Signature*

FOREPERSON OF THE GRAND JURY

PRIM F. ESCALONA
United States Attorney

*/s/Electronic Signature*

WILLIAM R. MCCOMB
Assistant United States Attorney