PFE/WRM: DECEMBER 2023
GJ#30

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>SOUTHERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **2:23-CR-00363-MHH-SGC** |
| ) | **SUPERSEDING** |
| **JORDAN JAMAAD MCCANN,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| ) | |

## <u>INDICTMENT</u>

<u>**COUNT ONE:**</u> **[21 U.S.C. §§ 841(a)(1) and (b)(1)(C)]**

The Grand Jury charges that:

On or about the 9th day of February 2023, in Jefferson County, within the Northern District of Alabama, and elsewhere, the defendant,

**JORDAN JAMAAD MCCANN**,

did knowingly and intentionally possess with intent to distribute a controlled substance, such offense involving a mixture or substance containing a detectable amount of cocaine and a mixture or substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and a mixture or substance containing a detectable amount of marijuana, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

**COUNT TWO: [18 U.S.C. § 924(c)(1)(A)]**

The Grand Jury charges that:

On or about the 9th day of February 2023, in Jefferson County, within the Northern District of Alabama, the defendant,

**JORDAN JAMAAD MCCANN**,

knowingly used or carried a firearm, that is, a **Glock 9mm pistol, serial number BEXH901, and a Glock 9mm pistol, serial number BKRE442, and a Troy West Springfield AR variant pistol**, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, the drug trafficking crime alleged in Count One of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

**COUNT THREE:  [18 U.S.C. §§ 924(c)(1)(A)(i) and (c)(1)(B)(ii)]**

The Grand Jury charges that:

On or about the 9th day of February 2023, in Jefferson County, within the Northern District of Alabama, the defendant,

**JORDAN JAMAAD MCCANN,**

did knowingly possess a firearm, that is, a Glock 9mm pistol with a Glock conversion device installed enabling it to fire automatically more than one shot, without manual reloading, by a single function of the trigger, in furtherance of a drug

trafficking crime for which he may be prosecuted in a Court of the United States, that is, the drug trafficking crime alleged in Count One of this Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and (c)(1)(B)(ii).

**COUNT FOUR:  [18 U.S.C. § 922(o)]**

The Grand Jury charges that:

On or about the 9th day of February 2023, in Jefferson County, within the Northern District of Alabama, the defendant,

**JORDAN JAMAAD MCCANN,**

did knowingly possess a machinegun, that is, a Glock 9mm pistol with a Glock conversion device installed enabling it to fire automatically more than one shot, without manual reloading, by a single function of the trigger, commonly referred to as a "Glock Switch," in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

A TRUE BILL

*/s/ Electronic Signature*

---
FOREPERSON OF THE GRAND JURY

        PRIM F. ESCALONA
        United States Attorney

        */s/ Electronic Signature*

        ---
        WILLIAM R. MCCOMB
        Assistant United States Attorney